**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: March 25, 2014**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>　AMOS ATWOOD (DECEASED)<br><br>　　　　　　　　　　　　　Debtor | CASE NO: 10-34243<br>(Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |
| ORDER DISMISSING CASE | T1XX7X |

The Chapter 13 Trustee reporting to the Court that the Debtor failed to timely respond to the Motion To Dismiss For Failure to Make Payments (Doc. 76), filed on February 13, 2014, and the Debtor having failed to make said payment.

IT IS ORDERED that this case be and hereby is dismissed.

IT IS SO ORDERED.

/s/ JEFFREY M. KELLNER
_____

 JEFFREY M. KELLNER  0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

**Distribution:**
    All Creditors and Parties in Interest.

1034243_155_201403181524_774/T296_ss
###